IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL Docket No 04-1606 VRW |
| DEEP VEIN THROMBOSIS | ORDER |

This Document Relates To:

05-0051   VRW
                                         /

      Plaintiff is ORDERED TO SHOW CAUSE in writing, not to exceed 10 pages, why this non-Warsaw case should not be dismissed under the federal preemption reasoning announced in the court's March 11, 2005, order (04-1606 VRW  Doc #151).  Plaintiff's writing is due on or before September 9, 2005.

      IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge