United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   IN RE:                          MDL Docket No 04-1606 VRW
12   DEEP VEIN THROMBOSIS                      ORDER
13
14   This Document Relates To:
15   05-0051  VRW
     Cohen v AMR Corp
16
17   _____/
18          Pursuant to the parties' stipulation, Doc #10, this case
19   is DISMISSED under the federal preemption reasoning announced in
20   the court's March 11, 2005, order.  Doc #151 (04-1606).  The clerk
21   is directed to CLOSE the file, TERMINATE all motions and ENTER
22   JUDGMENT in favor of AMR Corp.
23
24          IT IS SO ORDERED
25
26   _____
27   VAUGHN R WALKER
28   United States District Chief Judge